USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BRITO, <br><br> Petitioner, <br><br> -against- <br><br> WILLIAM F. KEYSER, <br><br> Respondent. | 19-CV-4197 (VEC) <br><br> ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 16, 2020 Magistrate Judge Gorenstein issued a Report and Recommendation, recommending that Mr. Brito's petition for a writ of habeas corpus be denied, Dkt. 17;

WHEREAS on February 4, 2020 the copy of the Report and Recommendation that was mailed to Petitioner at Sullivan Correctional Facility was returned unopened and marked "Return to Sender No Such Number, Unable to Forward…Released";

IT IS HEREBY ORDERED: No later than **February 12, 2020**, the Government must submit a letter providing Mr. Brito's current address, if known.

**SO ORDERED.**

Dated: February 5, 2020
New York, New York

_____
VALERIE CAPRONI
United States District Judge