USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN BRITO,

        Petitioner,

-against-

WILLIAM F. KEYSER,

        Respondent.

19-CV-4197 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 16, 2020 Magistrate Judge Gorenstein issued a Report and Recommendation, recommending that Mr. Brito's petition for a writ of habeas corpus be denied, Dkt. 17;

WHEREAS on February 4, 2020 the copy of the Report and Recommendation that was mailed to Petitioner at Sullivan Correctional Facility was returned unopened and marked "Return to Sender No Such Number, Unable to Forward…Released";

WHEREAS on February 10, 2020 the Government submitted a letter providing Mr. Brito's current address (Dkt. 19);

IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is respectfully directed to mail a copy of Magistrate Judge Gorenstein's R&R to the Petitioner at: 1004 Hegeman Avenue, Apt 3C, Brooklyn, NY 11208;

2. Petitioner must file objections, if any, no later than **February 28, 2020**.

3. The Clerk of Court is respectfully directed to mail a copy of this order to the Petitioner at the above listed address.

**SO ORDERED.**

Dated: February 10, 2020
       New York, New York

_____
VALERIE CAPRONI
United States District Judge